Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-766**

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
July 23, 2025



## Title

    **Title of Work:** Sharks of the World (Antique)

## Completion/Publication

    **Year of Completion:** 2020
    **Date of 1st Publication:** November 16, 2020
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Roger Hall
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Roger Hall
    2924 Partridge Ave, Oakland, CA, 94605, United States

## Rights and Permissions

    **Name:** Roger Hall
    **Email:** roger@inkart.net
    **Address:** 2924 Partridge Ave
    Oakland, CA 94605 United States

## Certification

    **Name:** David Denholm
    **Date:** May 19, 2025
    **Applicant's Tracking Number:** RH2025051923



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-775**

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
July 23, 2025



## Title

      **Title of Work:** Venomous Snakes of the United States (Antique)

## Completion/Publication

      **Year of Completion:** 2020
      **Date of 1st Publication:** May 18, 2021
      **Nation of 1st Publication:** United States

## Author

-       **Author:** Roger Hall
      **Author Created:** 2-D artwork
      **Citizen of:** United States

## Copyright Claimant

      **Copyright Claimant:** Roger Hall
      2924 Partridge Ave, Oakland, CA, 94605, United States

## Rights and Permissions

      **Name:** Roger Hall
      **Email:** roger@inkart.net
      **Address:** 2924 Partridge Ave
      Oakland, CA 94605 United States

## Certification

      **Name:** David Denholm
      **Date:** May 19, 2025
      **Applicant's Tracking Number:** RH2025051929



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-772**

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
July 23, 2025



## Title

        **Title of Work:** Tortoises of the World (Antique)

## Completion/Publication

    **Year of Completion:** 2020
  **Date of 1st Publication:** November 12, 2020
**Nation of 1st Publication:** United States

## Author

           **Author:** Roger Hall
    **Author Created:** 2-D artwork
        **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Roger Hall
                         2924 Partridge Ave, Oakland, CA, 94605, United States

## Rights and Permissions

             **Name:** Roger Hall
             **Email:** roger@inkart.net
         **Address:** 2924 Partridge Ave
                         Oakland, CA 94605 United States

## Certification

                   **Name:** David Denholm
                     **Date:** May 19, 2025
**Applicant's Tracking Number:** RH2025051927

