**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ROGER HALL,

    Plaintiff,                                          Case No.: 1:25-cv-12950

v.                                               **FILED UNDER SEAL**

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | WAXIUJ |
| 2 | Thebester |
| 3 | IASFVY |
| 4 | tin painting factory local |
| 5 | Onenteel |
| 6 | Sharriney |
| 7 | Art link life |
| 8 | MetalCanvasCraft |
| 9 | Mio Home Canvas Painting |
| 10 | PosterCraft |
| 11 | just poster |
| 12 | Jiutie |
| 13 | Moneteeet |
| 14 | MTA Digital oil painting factory |
| 15 | Wall Painting Art |
| 16 | CP Alex |
| 17 | Wonderful poster decoration painting |
| 18 | SPPsrseventeen |
| 19 | Family Decor Art poster |
| 20 | PAVINU |
| 21 | NAFTEI |
| 22 | Music Canvas Painting |

| | |
|---|---|
| 23 | CrimsonACyan |
| 24 | JT DIANSHANG |
| 25 | zengyouxing |
| 26 | Yinlonglong |
| 27 | LikeMeNow |
| 28 | MAENE |
| 29 | TEETYH |
| 30 | HL Canvas Painting Shop |
| 31 | Opppnetyy |
| 32 | Jonnettte |
| 33 | MXX Canvas Painting Shop |
| 34 | Vervy |
| 35 | Nice Poster House |
| 36 | Lentmaene |
| 37 | Lonetiey |
| 38 | Joynedee |
| 39 | Yentasly |
| 40 | Wall Art CZC |
| 41 | Aonetio |
| 42 | Gientepo |
| 43 | Renaissance Rewind |
| 44 | UngWitG |
| 45 | Good luck fills the house |
| 46 | Zooyie |
| 47 | FHZYJFKW |
| 48 | ZFVTIJ |
| 49 | HEIZHUART |
| 50 | Eneteetyh |
| 51 | XQY Art T |
| 52 | HJxin |
| 53 | StyleSpott |
| 54 | COPRASA local |
| 55 | Xiao Yun Art Wall |
| 56 | TinCanvas Co |
| 57 | Canvas Nook |
| 58 | guopeipeiF |
| 59 | LoveTPH diy AJG |
| 60 | angelcityscc |
| 61 | Lontimess |

| 62 | Sumeety |
|---|---|
| 63 | Luemtnoon |
| 64 | Zienteop |
| 65 | Wonderful Poster Showcase |
| 66 | Very beautiful poster |
| 67 | Beautiful life in dream |
| 68 | A majestic poster |
| 69 | TEN Decor |
| 70 | Unique posters |
| 71 | Warm Ahli Homeware Decoration |
| 72 | Jie Art |
| 73 | TailorLoop |
| 74 | WUGDES |
| 75 | FLINSMEW |
| 76 | Hackett Decoration |
| 77 | LZMGXBBQD |
| 78 | CraftLoom |
| 79 | FHTSSPQQ |
| 80 | wonderful poster |
| 81 | Oil painting merchant |
| 82 | PureTee |
| 83 | NY top shop |
| 84 | Homes Picks |
| 85 | Small items to improve happiness |
| 86 | HuTPH diy happy |
| 87 | KaloKalo |
| 88 | Happy Nest Supply Station |
| 89 | Aesthetic Decor Art |
| 90 | tangjx |
| 91 | Lazy Luxe |
| 92 | Dik Shop |
| 93 | SLENGJCLL |
| 94 | Decor Love |
| 95 | Love ChoiceChamber |
| 96 | The harbor of Home |
| 97 | PremiumPickk |
| 98 | WovenWhims |
| 99 | Paximiga |
| 100 | GeometricPulse Artworks |
| 101 | CQY HAD |

3

| | |
|---|---|
| 102 | XZXart A BT |
| 103 | Mijia mall |
| 104 | shopDelight |
| 105 | Art Iron Painting Retro |
| 106 | CQC |
| 107 | MP APT |
| 108 | Decorative Painting Sun |
| 109 | Nimvora |
| 110 | CHchao signs |
| 111 | xxxart PrintsV |
| 112 | PTYXZY Art |
| 113 | ThreadArt |
| 114 | Pure Luck one |
| 115 | DPDC JIN |
| 116 | Marshmallow Cloud |
| 117 | Vesrouter local |
| 118 | StitchCrafted |
| 119 | FEEL FLY |
| 120 | crystal H |
| 121 | QIyuansheng |
| 122 | LLRHdzsw |
| 123 | Mal blanket |
| 124 | Xinyao Textile Co Ltd |
| 125 | YQME |
| 126 | a Fashion Decorative Painting |
| 127 | SweetieYou |
| 128 | A one poster |
| 129 | Hello Art Decor |
| 130 | poster draw |
| 131 | In The Flying Heart |
| 132 | Tabaia Sport Shop |
| 133 | Didilia Sport Shop |
| 134 | FFQGqiq |
| 135 | Crafts Haven One |
| 136 | New Nice shopping bag local |
| 137 | dfgsdhsdfh |
| 138 | KK supply |
| 139 | Graphics tablet |
| 140 | ChuangJie Acrylic Decoration local |
| 141 | Forged Frames two |

4

| | |
|---|---|
| 142 | Forged Frames |
| 143 | RaoffhMall |
| 144 | GoldSail ECommerce Co Ltd |
| 145 | Yangguan Poster |
| 146 | A very good poster |
| 147 | FFGQOVfqp |
| 148 | Value Chart Poster |
| 149 | Magical posters |
| 150 | Vintage Portrait Poster |
| 151 | cangwangtushudian |
| 152 | Forged Frames one |
| 153 | Speed Art |
| 154 | Beautiful poster house |
| 155 | HiFamilyt |
| 156 | Xi Gua Tea |
| 157 | ZHANGLONG Metal drawing board |
| 158 | Canvas Painting Wall Decor |
| 159 | SnuggleUp Blankets |
| 160 | fa haoyunlai |
| 161 | VFYIOHI |
| 162 | GlowTees |
| 163 | Home Nap Blanket |
| 164 | THYM |
| 165 | TeeArtLodge |
| 166 | PureSnug Blankets |
| 167 | lightweight Blanket |
| 168 | Professional Floor Mat |
| 169 | GUVUdQXN |
| 170 | WarmHaven Blanket |
| 171 | Professional Blanket Delivery |
| 172 | EternalComfort Blanket |
| 173 | Dusk Dawn Blankets |
| 174 | TerraCuddle Blanket |
| 175 | Weishun Self operated |
| 176 | Very impressive shop |
| 177 | A Decorative Painting Shop |
| 178 | YYUSP |
| 179 | Haisilk Moon |
| 180 | jieshengchuanqi |
| 181 | EverSoft Blankets |

| 182 | CosyNest Blankets |
| --- | --- |
| 183 | WALL DECORATIONS LOCAL |